UNITED STATES DISTRICT COURT
__middle__ DISTRICT OF FLORIDA
__Jacksonville__ DIVISION

JAMES T. MURZIKE
PLAINTIFF

VS.

PITTMAN, C. Etc. Esq/

DEFENDANTS

Legal Mail
Provided to Florida State Prison on
12/18/23 for mailing by [signature]

CASE NO: 3:23-cv-1496-TJC-JBT

PERMANENT INJUNCTION &
A TEMPORARY RESTRAINING
ORDER

UPON THE COMPLAINT, THE SUPPORTING AFFIDAVIT OF PLAINTIFFS, AND THE MEMORANDUM OF LAW SUBMITTED HEREWITH, IT IS:

PLAINTIFF, JAMES T. MURZIKE, #L07713 PRO SE, HEREBY moves THIS COURT FOR AN EMERGENCY TEMPORARY INJUNCTION FOR PROTECTION AGAINST REPEAT VIOLENCE PURSUANT TO FLORIDA RULE CIVIL PROCEDURES 1.610 IN SUPPORT OF THIS MOTION PLAINTIFF STATES THE FOLLOWING:

(1). PLAINTIFF IS AN INMATE INCARCERATED IN THE FLA. DEPT. OF CORRECTIONS AND HOUSED AT __FLORIDA STATE PRISON__ RAIFORD, FLORIDA. PLAINTIFF IS IN PROCESS OF ATTACKING LIVING CONDITIONS, AND THE PHYSICAL ASSAULT/BATTERY & SEXUAL BATTERY & FALSE DISCIPLINARY REPORTS WRITTEN HERE AT (F.S.P) & THE CONTINUOUSLY FOOD POSION & INTENTIONALLY STARVING THE PLAINTIFF IN RETALIATION.

1 OF 7

INJUNCTION
CONT. COPY PG.

Since the filing & reporting B-Dorm & C-Dorm officials in the mention approved grievance log #'s by the names of Sgt. Harden w/m, C. Robinson, Lt. John Doe, Sgt. Reager, T. Co. Glover, Co. Frazier, Lt. Aikin, J. Sgt. Pittman, C. etc etc has place a hit on me at Florida State Prison (F.S.P.) see → (Formal grievances #23-6-24929), (Log #2307-213-093) & Log #2308-205-194) (#2312-205-031,) (#2312-205-032,) (#2312-205-030,) (#205-2310-0171,) (#205-2308-0733) (#205-2308-0832) etc

Since my arrive here at Florida State Prison I have been Repeatedly Sexual Battery & Physically assaulted on 8-17-23 & 8-30-23, 12-8-23, 11-K&23 etc & continuously starve & feed poison & deprive of my feed due to retaliation & not dismissing my law suits Sgt. Pittman, C. Co. Johnsen, Co. House, Sgt. Walin, Co. Glover, D. Co. Frazier, Co. Gills, K. Co. Magwader w/m C. Robinson, has been allowing they Hitman orderly's & I/m cody w/m etc continuously poison me putting illegal substance into my feed & starve me.

I had verbally informed me that it will be in my best interest to stop filing grievances & law suits & dismiss any law suits I have in court before I be shipped out this prison in a body bag. cause the gonna continue to let they Hitman C.m 3 orderly's posion my food & starve me to death etc...

(3). Plaintiff Murzike, has filed numerous of grievances in regards of being assaulted by staffs, sexual battered, threaten, food posion, starved orderly's taken food off my trays putting illegal substance semen, battery acid, roll-on deoderant, ointments, broken pieces of razers blades, human waste etc etc.. into my food intentionally trying to "posion" me & "kill" me in retaliation due to me filing law suits & litigating in court for their gross mis-conduct see → Above Log's security officials are letting these Close Management (3) Inmate orderly's starve me & play with my food & allege they gang meneber's & they have put $100,000 hit on my head in retaliation.

2 of 7

(4). Plaintiff Murzike, is a Pysc. III mental (A.P.A) Close Management Unit (C.M.I) Inmate lock behind door. Which is the most restricted C.M.; Level Lock Down 24/7 in single man cell in U-Dorm, Housed behind a Guilteen Flap double lock box & can't defend myself. & C-M Dormitery officials failing to protect & uphold their duties & they oath "CARE" Custody & Controll.

(5). Since the filing of several complaints & law suits against security officials in Murzike, V. Green, etc., case # 3:23-CV-674-850-p Murzike, V. Williams, etc., case # 3:23-CV-00098-BSD-PDB                  Murzike, V. Allen, etc case # 3:23-CV-00630-MAH-UL  Murzike, V. Putney, etc   case # 3:23-CV-00638-MMH-MCR Several staffs have threaten plaintiff Murzike, & threaten to force cell extraction, spray me with chemical agents & strip me take all my personal property & beat me bloaded etc. etc.. In retaliation.

The above mention prison officials mentioned in pg. 2 of 7 continuously retaliating allowing inmate orderly's to play with my feed & posion me due to plaintiff Murzike, litigating in courts now they trying to "kill" me & have me harm continuously stopping my incoming mail legal mail & outgoing etc. to dismiss my cases that's pending in courts.

It should be noted that these specific aforestated administrative officer of C-Dorm -M-Dorm & supervisier has extensive history of assaults, sexual battery & starving inmates & gasing inmates & force cell extraction inmate for no reason in which their bad acts are always orchestrated & covered up by B-Dorm & other supervisor.

Continue copy pg.

AT FIRST I took the THREATS AS NOTHING MORE THAN SCARE TACTICS TO PERSUADE ME TO dismiss my LAW SUITS ETC... BUT ON NOVEMBER 18th 2023 I WAS SET UP & PHYSICALLY BATTERIED WITH A DEADLY WEAPON & BEATEN BY CO. CUNNINGHAM, CO. SANTOS, I/M ORSORIO, Jr. during SHAVE APPROX. 8:00pm THRU 10:30pm, on L-wing BOTTOM FLOOR L-1107s.

THEN on DECEMBER 8th 2023 APPROX. 8:30am THRU 10:30am I WAS SEXUALLY BATTERED & PHYSICALLY BATTERED IN Room on Bottom Floor of B-wing WHILE Housed IN B-1207s BY Sgt PITTMAN, C. & ms. Young ETC. I REMAINED IN CELL UNTREATED. Judge Monte C. Richardsen please help me BY USING YOUR INHERENT POWER TO ORDER PRISON OFFICIALS AT FLORIDA STATE PRISON TO HOLD THE AUDIO/VIDEO CAMERA'S EVIDENCE OF L-DORM 1st FLOOR L-1107s ON 11-18-23 AT 8:00pm - 10:30pm, & on DECEMBER 8th 2023 AT 8:30am THRU 10:00am B-DORM cell B-1207s & Bottom Floor of B-wing 1st Floor FOR THE PURPOSE TO BE SUBPOENAED & REVIEWED ON THE BASIS OF THE AFORESTATED FACTS SUBMITTED HEREIN THIS INSTANT.

## MEMORANDUM OF LAW

<u>FLA. R. CIV. P. 1.610</u> PROVIDES IN PERTINENT PART:

(1). A TEMPORARY INJUNCTION MAY BE GRANTED WITHOUT WRITTEN OR ORAL NOTICE TO THE ADVERSE PARTY ONLY IF:

(A) IT APPEARS FROM THE SPECIFIC FACTS SHOWN BY AFFIDAVIT OR VERIFIED PLEADING THAT IMMEDIATE AND IRREPARABLE INJURY, LOSS, OR DAMAGE WILL RESULT TO THE MOVANT BEFORE THE ADVERSE PARTY CAN BE HEARD IN OPPOSITION; AN

(B) THE MOVANTS ATTORNEY CERTIFIES IN WRITING ANY EFFORTS THAT HAVE BEEN MADE TO GIVE NOTICE AND THE REASONS WHY NOTICE SHOULD NOT BE REQUIRED.

<u>SEE</u> ALSO, <u>YOUNGBERG VS. REMEO</u>, 457 U.S. 307, 315 316, 102 S.CT. 2452 2457-2458 L.Ed. 2d 28 (1982)

( IT WOULD BE ODD TO DENY AN INJUNCTION TO INMATES WHO PLAINLY PROVED AN UNSAFE, LIFE THREATING CONDITION IN THERE PRISON ON THE GROUND THAT NOTHING YET HAD HAPPEN TO THEM. THE COURT OF APPEALS HAVE PLAINLY RECONGINIZED THAT A REMEDY FOR UNSAFE CONDITIONS NEED NOT AWAIT A TRAGIC EVENT).

ACCORDINGLY, HERE IN THE PRESENT CASE I PLAINTIFF MURZIKE, HAS SUFFICIENTLY DESCRIBED HEREIN THIS MOTION GOOD REASONS WHY THE COURT SHOULD SUBPEONA THE VIDEO TAPE EVIDENCE OF THE TIME SUBMITTED HEREIN THIS MOTION THAT WILL ALSO SUBSTANTIVE GOOD REASONS OF GRANTING A TEMPORARY INJUNCTION WITHOUT WRITTEN OR ORAL NOTICE TO THE ADVERSE PARTIES.

## CONCLUSION

WHEREFORE, THE FOREGOING REASONS, PLAINTIFF MURZIKE, RESPECTFULLY REQUEST THIS COURT TO ENTER A RESTRAINING ORDER THAT MY FOOD BE KOSHER & NOT UNSANITARY WITH ILLEGAL SUBSTANCE PLACED INTO MY FOOD CAUSING ME SERIOUS HEALTH HAZARD CHEST PAINS, VOMITING BLOOD, STOMACH BURNS ETC. #2 STOP THESE K.M. 3 ORDERLY'S FROM TAMPER WITH FOOD TRAYS TAKING PORTION OF FOOD OFF TRAYS AFTER FOOD SERVICE PROPERLY PREPARE THEM. & #3 ENTER A COURT ORDER TO ALLOW ME TO RECEIVE MY APPROVE (R.R.P/CLAIM) KOSHER M.E. #4 ENTER ORDER TO WARDEN HAVE THIS ITM. CODY, DISCIPLINARY ACTION FOR THE ONGOING PHYSICALLY ASSAULT POISON ME & NOT ALLOW AROUND ME & MY FOOD ALONG WITH THE OTHER TWO ON HIS ORDERLYS FOR MY PROTECTION & SAFETY

#5 ENTER COURT ORDER THAT THE FOLLOWING OFFICIALS NOT TO COME NEAR ME FOR MY PROTECTION AGAINST REPEAT VIOLENCE & PHYSICAL ASSAULT SEXUAL ABUSE & FOOD POISON ME. SGT. SAUNDERS, CO. ROBINSON, CO. FRAZIER, SGT. PITTMAN, C. SGT. WILLIAMS, CO. GILLIN, SGT. REAGER, T. CO. GLOVER, D. SGT. WARDEN,

#6 ENTER COURT ORDER TO WARDEN, REGIONAL DIRECTOR, REGIONAL MEDICAL DOCTOR & MEDICAL CHEIF DOCTOR THAT I BE SEEN BY OUTSIDE DOCTOR FOR MEDICAL TREATMENT URGENT CARE DUE TO CHEST PAIN, VOMITING BLOOD, DIFFICULT BREATHING, RECTUM BLEEDING, BUSTED HEAD, SWELLING ETC. ETC.

#7 PLAINTIFF REQUEST THAT THE AUDIO/VIDEO CAMERA'S BE RECORD ON 11-18-23 & 12-8-23 FOR CIVIL & CRIMINAL LITIGATION

#8 PLAINTIFF MURZIKE REQUEST THAT COURT TO ENTER COURT ORDER TO HAVE INSPECTOR GENERAL OFFICE IN TALLAHASSEE TO COME OUT TO SEE ME & THOROUGHLY INVESTIGATE SEXUALLY BATTERY COMMITTED UPON PLAINTIFF & TRANSFER PLAINTIFF FROM THIS PRISON TO ANOTHER FOR MY PROTECTION & SAFETY.

#9 PLAINTIFF MURZIKE, REQUEST COURT ENTER ORDER FOR INVESTIGATOR FROM OUTSIDE INTERVIEW PLAINTIFF TO FILE CRIMINAL CHARGES AGAINST SGT. PITTMAN, C. ITM ARSENIO, J. & ITM. CODY ETC.

6 OF 7

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing <u>Injunction & Temporary Restraining Order</u> has been placed in prison official hands & furnished to the lower listed parties on this 18th day of Dec. 2023.

## Parties to Proceeding

TO: U.S. District Court
Middle District of Florida
300 N. Hogan St, Suite 9-150
Jacksonville, Fla.
32202

12-18-23
Date

Respectfully Submitted
/S/ James T. Murzike
James T. Murzike
#L77713
Florida State Prison
P.O. Box 800
Raiford, Fla. 32083
Pro Se,

7 of 7